IN THE UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

VS.                              CASE NO. 1:09-CR-10012-002

REGINALD NALLS                                                                          DEFENDANT

## ORDER

    Before the Court is a Motion to Dismiss made orally in open court by the United States of America.[1]  Pursuant to Fed R. Crim P. 48(a), the United States moves the Court to dismiss the Indictment filed on November 4, 2009, in this matter.  Accordingly, the Indictment filed in this matter is DISMISSED WITH PREJUDICE.

    IT IS SO ORDERED, this 20th day of January, 2011.


                                                          /s/ Harry F. Barnes
                                                  Hon. Harry F. Barnes
                                                  United States District Judge

---

[1]The United States of America moved to dismiss the indictment at issue during a sentencing hearing in *United States of America v. Reginald Nalls*, No. 1:10-CR-10010-001, held on January 20, 2011.